IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-581-RJC-DCK

| ECLIPSE IP, LLC, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| 1ST IN VIDEO-MUSIC WORLD, INC., | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 19) filed by Beau Wilder, concerning Eric Fredrickson on January 22, 2013. Mr. Eric Fredrickson seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the Application for Admission to Practice *Pro Hac Vice* (Document No. 19) is **GRANTED.** Mr. Eric Fredrickson is hereby admitted *pro hac vice* to represent the Plaintiff.

Signed: January 23, 2013

David C. Keesler
United States Magistrate Judge